UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
COACH, INC. and COACH SERVICES, INC.,    :
                                         :
                    Plaintiffs,          :
                                         :  10 Civ. 6178(BSJ)(HBP)
            v.                           :
                                         :
                                         :          **Order**
DANIELA MELENDEZ, individually           :
and doing business as                    :
Accessoryheaven.flyingcart.com,          :
UNKNOWN WEBSITES 1-10, JOHN DOES 1-10,   :
UNKNOWN ENTITIES 1-10,                   :
                                         :
                    Defendants.          :
                                         :
----------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

    On September 2, 2011, Magistrate Judge Pitman issued a Report and Recommendation ("R&R"), recommending a grant of Plaintiff's motion for a default judgment against Defendants. In particular, Magistrate Judge Pitman recommends statutory damages of $1,965,600, costs in the amount of $466.00, and a permanent injunction against Defendants on Plaintiff's claims for trademark counterfeiting, trademark infringement, trademark dilution, and unfair competition, in violation of 15 U.S.C. §§ 1114, 1125(a),(c).

    Magistrate Judge Pitman instructed both parties that failure to file objections within fourteen (14) days of the R&R would result in waiver of objections and preclude appellate

review. Neither party filed written objections within that timeframe. Accordingly, both parties waived their objections and appellate review is precluded. See Thomas v. Arn, 474 U.S. 140, 155 (1985); see also IUE AFL-CIO Pension Fund v. Herrmann, 9 F.3d 1049, 1054 (2d Cir. 1993).

Upon review and consideration of the R&R, the Court finds it is neither "clearly erroneous" nor "contrary to law." See FED. R. CIV. P. 72. The Court, thus, adopts the R&R, and GRANTS, Plaintiff's motion for default judgment. No appeal may be taken from this Order.

The Clerk of the Court is directed to terminate the motion (document 5).

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          September 24, 2011